**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00913-RPM-KMT

JENNIFER JONES,

    Plaintiff,

v.

CURTIS O. BARNES, A Professional corporation, a California corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                BY THE COURT:

                s/Richard P. Matsch

July 26th, 2012

_____    _____
DATE                          U.S. DISTRICT JUDGE